# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:07CR61 |
| CONRAD PHILLIPS, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

UPON THE ORAL MOTION OF THE GOVERNMENT,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress Evidence [14] is continued to **June 12, 2007** at **9:00 a.m.** before Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 16th day of May, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge