IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:07CR61 |
| CONRAD PHILLIPS, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

Before the court is defendant's unopposed Motion to Continue Hearing [19]. Good cause being shown, the motion will be granted and the previously scheduled evidentiary hearing on the Motion to Suppress will be continued.

IT IS ORDERED:

1. That the defendant's unopposed Motion to Continue Hearing [19] is granted; and

2. That the evidentiary hearing on the Motion to Suppress Evidence [14] is continued to **July 24, 2007** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 23rd day of May, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge