IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR61 |
| | ) | |
| v. | ) | |
| | ) | |
| CONRAD D. PHILLIPS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that, because the charges in this case involve a Class B misdemeanor, this case is reassigned to Magistrate Judge F.A. Gossett for pretrial and dispositional matters. The clerk's office is directed to copy this case to 8:07PO5 and to delete this case.

    DATED this 29th day of August, 2007.

                                      BY THE COURT:

                                      s/ Joseph F. Bataillon
                                      Chief United States District Judge