IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07PO5 |
| | ) | |
| CONRAD PHILLIPS, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's unopposed Motion to Continue Sentencing [33]. Good cause being shown, the motion will be granted and the previously scheduled sentencing will be continued.

IT IS ORDERED:

1. That the defendant's unopposed Motion to Continue Sentencing [33] is granted; and

2. That the sentencing is continued to **December 10, 2007** at **10:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 6th day of November, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge